Wayne MARCUM, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

May 20, 1960.

Joe E. Caylor, Somerset, for appellant.

John B. Breckinridge, Atty. General, William F. Simpson, Asst. Atty. Gen., Frankfort, for appellee.

PER CURIAM.

This is a motion for an appeal from a judgment of conviction for having in unlawful possession intoxicating beverages for the purpose of sale in local option territory. A fine of $100 and 60 days in jail were imposed. We have carefully considered the grounds urged for reversal and conclude they are without merit.

Wherefore, the motion is overruled and the judgment is affirmed.